# Exhibit 2

**'968 Patent Chart**

Accused Instrumentalities: Verizon's PON systems.

[1pre]

| | |
|---|---|
| A Time Wavelength Division Multiplexing-Passive Optical Network (TWDM-PON) system, comprising: | Verizon's passive optical network systems include TWDM-PON systems. For example, Verizon's PON systems include NG-PON2 systems. For example:<br><br>Verizon is in the process of implementing its NG-PON2 network nationwide. *See, e.g.*, Joan Engebretson, V*P Explains Verizon's NNG-PON2 Fiber Broadband Roadmap*, telecompetitor.com (February 14, 2022) (available at https://www.telecompetitor.com/vp-explains-verizons-ng-pon2-fiber-broadband-roadmap/); *see also* Steve Hardy, Verizon full speed ahead with NG-PON2 for 5G mobile support, lightwaveonline (June 6, 2019) (available at https://www.lightwaveonline.com/fttx/pon-systems/article/14034625/verizon-full-speed-ahead-with-ng-pon2-for-5g-mobile-support); Dan Meyer, Verizon NG-PON2 Trial Hits 34 Gb/s Speed, sdxcentral (September 24, 2019) (available at https://www.sdxcentral.com/news/verizon-ng-pon2-trial-hits-34-gbs-speed/).<br><br>Verizon has further validated its NG-PON2 interoperability based on OpenOMCI Specification. *See, e.g.,* Brad Randall, *Verizon Validates NG-PON2 Interoperability Based on OpenOMCI Specification*, Broadband Communities News (July 13, 2017) (available at https://bbcmag.com/verizon-validates-ng-pon2-interoperability-based-on-openomci-specification).<br><br>Verizon's OpenOMCI specification, which defines the OLT-to-ONT interface, is aligned with the ITU-T Recommendation G.989.3. *See, id.*<br><br>ITU-T Recommendation G.989.3 describes a Time Wavelength Division Multiplexing-Passive Optical Network (TWDM-PON) system: |

|  | An NG-PON2 system supports multiple wavelength channels and enables flexibility to add capacity as the demand grows to 100 Gbit/s and beyond. An NG-PON2 system may contain a set of time and wavelength division multiplexing (TWDM) channels, or a set of point-to-point wavelength division multiplexing (PtP WDM) channels, or both. The TWDM channels operate at the nominal line rates of 9.95328 and 2.48832 Gbit/s in both downstream and upstream directions. The PtP WDM channels support nominal line rate classes of 1.25 Gbit/s, 2.5 Gbit/s and 10 Gbit/s, depending on the PtP WDM client.<br>ITU-T G.989.3, Summary. |
|---|---|
| [1a]<br>a service provider equipment configured to comprise a plurality of Optical Line Terminals (OLTs) and an OLT communicator, wherein each of the plurality of OLTs is configured to provide a service using an optical signal of a different wavelength in Time Division Multiplexing (TDM) scheme, and the OLT communicator is configured to support communication among the plurality of OLTs; | Verizon's NG-PON2 systems include a service provider equipment configured to comprise a plurality of Optical Line Terminals (OLTs) and an OLT communicator, wherein each of the plurality of OLTs is configured to provide a service using an optical signal of a different wavelength in Time Division Multiplexing (TDM) scheme, and the OLT communicator is configured to support communication among the plurality of OLTs, e.g.: |

2



ITU-T G.989 § 5.2

ITU-T G.989 § 3.2.1.27

ITU-T G.989 § 3.2.1.27

3

| | |
|---|---|
| | ITU-T G.989.3 § 6.1.4.4 |
| **[1b]** | |
| a subscriber equipment configured to comprise a plurality of Optical Network Units (ONUs), each of the plurality of ONUs that utilizes a service provided from one of the plurality of OLTs using an arbitrary wavelength selected according to a wavelength control of the service provider equipment; and | Verizon's NG-PON2 systems include a subscriber equipment configured to comprise a plurality of Optical Network Units (ONUs), each of the plurality of ONUs that utilizes a service provided from one of the plurality of OLTs using an arbitrary wavelength selected according to a wavelength control of the service provider equipment, e.g.:<br><br>**5.2 Multi-wavelength PON system reference points**<br><br>In a multiple wavelength passive optical network (PON) system, such as next generation passive optical network 2 (NG-PON2), the optical line terminal (OLT) is conceptually composed of multiple OLT channel terminations (CTs) connected via a wavelength multiplexer (WM). The associated reference logical architecture and its reference points are presented in Figure 5-2.<br><br>Figure 5-2 – NG-PON2 reference logical architecture<br><br>ITU-T G.989 § 5.2 |

4

**3.2.1.27  TWDM PON**: A multiple wavelength PON system in which each wavelength channel may be shared among multiple ONUs by employing time division multiplexing and multiple access mechanisms.

ITU-T G.989 § 3.2.1.27

**17.3  ONU wavelength channel handover**

This clause describes a pre-planned ONU handover between two TWDM channels. A pre-planned ONU handover may take place upon ONU activation, during the load balancing operation, in support of the OLT software upgrade, in the course of execution of an OLT power saving, OLT pay-as-you-grow, rogue ONU mitigation procedure and in other situations.

**17.3.1  Causal sequence of ONU handover events**

The following description refers to Figure 17-1, which represents a causal sequence of events involved in a successful handover. The ONU activation cycle states are referred to in clause 12. The OLT CT states (Unaware, Expecting, Hosting, Redirecting and Seeing-Off) are explained in clause 17.3.3. In the figure, the solid slanted arrow represents a data or PLOAM transmission, a dashed arrow – a PLOAM allocation and a horizontal bar – an ICTP interaction. See clause VI.2 for ICTP primitives description.

1) Initially, the ONU is hosted by the Source OLT channel termination (CT), and the two NEs exchange data and PLOAM messages as specified elsewhere in this Recommendation.

2) The Source OLT CT and the Target OLT CT execute a transaction over the ICTP resolving that the ONU is to be handed from the Source OLT CT to the Target OLT CT. The transaction is committed with the Source OLT CT receiving the ICTP:Tune-Out indication, and the Target OLT CT receiving the ICTP:Tune-In indication.

3) Upon committing the ONU handover transaction, the Target OLT CT instantiates necessary data structures to support the ONU, begins issuing periodic directed PLOAM grants to the ONU, ensuring that the appropriate guard time is provided, and starts the $T_{target}$ timer which controls the duration of the handover operation from the perspective of the Target OLT CT.

4) Upon committing the ONU handover transaction, the Source OLT CT starts the $T_{source}$ timer, which controls the duration of the handover operation from the perspective of Source OLT CT, and sends a Tuning request to the ONU in the form of a Tuning_Control PLOAM message, specifying the downstream and upstream wavelength channels of the Target TWDM channel, the Scheduled SFC value, that is, the 16 least significant bits of the SFC of

ITU-T G.989 § 17.3

5

| [1c-1] | |
|---|---|
| an Optical Distribution Network (ODN) configured to transmit multi-wavelength downstream optical signals from the service provider equipment to the subscriber equipment, and transmit multi-wavelength upstream optical signals from the subscriber equipment to the service provider equipment, wherein | Verizon's NG-PON2 systems include an Optical Distribution Network (ODN) configured to transmit multi-wavelength downstream optical signals from the service provider equipment to the subscriber equipment, and transmit multi-wavelength upstream optical signals from the subscriber equipment to the service provider equipment, e.g.:<br><br>**5.2  Multi-wavelength PON system reference points**<br><br>In a multiple wavelength passive optical network (PON) system, such as next generation passive optical network 2 (NG-PON2), the optical line terminal (OLT) is conceptually composed of multiple OLT channel terminations (CTs) connected via a wavelength multiplexer (WM). The associated reference logical architecture and its reference points are presented in Figure 5-2.<br><br><br><br>Figure 5-2 – NG-PON2 reference logical architecture<br><br>ITU-T G.989 § 5.2<br><br>**3.2.1.27  TWDM PON**: A multiple wavelength PON system in which each wavelength channel may be shared among multiple ONUs by employing time division multiplexing and multiple access mechanisms.<br><br>ITU-T G.989 § 3.2.1.27 |

6

| [1c-2] | |
|---|---|
| the plurality of OLTs comprises a first OLT and a second OLT, and a first ONU of the plurality of the ONUs, which have established a communication link to the first OLT, establishes a communication link to the second OLT, and | In Verizon's NG-PON2 systems, the plurality of OLTs comprises a first OLT and a second OLT, and a first ONU of the plurality of the ONUs, which have established a communication link to the first OLT, establishes a communication link to the second OLT, e.g.: <br><br> **17.3  ONU wavelength channel handover** <br><br> This clause describes a pre-planned ONU handover between two TWDM channels. A pre-planned ONU handover may take place upon ONU activation, during the load balancing operation, in support of the OLT software upgrade, in the course of execution of an OLT power saving, OLT pay-as-you-grow, rogue ONU mitigation procedure and in other situations. <br><br> **17.3.1  Causal sequence of ONU handover events** <br><br> The following description refers to Figure 17-1, which represents a causal sequence of events involved in a successful handover. The ONU activation cycle states are referred to in clause 12. The OLT CT states (Unaware, Expecting, Hosting, Redirecting and Seeing-Off) are explained in clause 17.3.3. In the figure, the solid slanted arrow represents a data or PLOAM transmission, a dashed arrow – a PLOAM allocation and a horizontal bar – an ICTP interaction. See clause VI.2 for ICTP primitives description. |



Figure 17-1 – Causal sequence of ONU handover events

ITU-T G.989 §§ 17.3, 17.3.1

| [1d] | |
|---|---|
| the OLT communicator is further configured to transmit equipment specific | In Verizon's NG-PON2 systems, the OLT communicator is further configured to transmit equipment specific information of the first ONU to the second OLT, e.g.: |

8

| | |
|---|---|
| information of the first ONU to the second OLT. | **6.1.4.4 ICTP**<br><br>In order to support such functionalities as channel profile configuration and status sharing, ONU activation, ONU wavelength channel handover and rogue ONU mitigation, the OLT channel terminations in an NG-PON2 system need to interact with each other. This interaction between CTs takes the form of exchanging ICTP functional primitives over the abstract ICTP transportation channel. The ICTP transportation channel abstraction allows a variety of physical implementations depending on the relative location of the interacting CTs. The discussion of the ICTP use cases and functional primitives can be found in Appendix VI. The detailed ICTP specification is out of scope of this Recommendation.<br><br>ITU-T G.989.3 § 6.1.4.4<br><br>1) Initially, the ONU is hosted by the Source OLT channel termination (CT), and the two NEs exchange data and PLOAM messages as specified elsewhere in this Recommendation.<br>2) The Source OLT CT and the Target OLT CT execute a transaction over the ICTP resolving that the ONU is to be handed from the Source OLT CT to the Target OLT CT. The transaction is committed with the Source OLT CT receiving the ICTP:Tune-Out indication, and the Target OLT CT receiving the ICTP:Tune-In indication.<br><br>ITU-T G.989 § 17.3.1<br><br>**Table VI.3 – ICTP primitives**<br><br>| | Primitive name | Type | Description | Option | B/U | UC | Parameters |
|---|---|---|---|---|---|---|---|
| 7 | ONU authentication claim onuClaim( ) | M | A unicast message from the CT that has ONU's service profile and can confirm its authenticity to the CT that has discovered the ONU. | SN | U | UC6 | SN |
| | | | | Reg-ID | U | UC6 | SN, ONU-ID, Reg-ID |
| 8 | ONU Handover initialization initHandover( ) Commit indications Tune-In() Tune-Out() | T | A transaction affirming a scheduled handover of an ONU identified by ONU-ID between two TWDM channels. | – | U | UC8 | ONU-ID |<br><br>ITU-T G.989, Appendix VI |

9