# Exhibit 4

**'351 Patent Chart**

Accused Instrumentalities: Verizon's PON systems.

[1pre]

| A method of selecting a wavelength of an optical network unit (ONU), comprising: | Verizon's passive optical network systems include NG-PON2 systems that perform a method of selecting a wavelength of an optical network unit (ONU), including steps [1a]-[1d] as discussed below.  For example:<br><br>Verizon is in the process of implementing its NG-PON2 network nationwide.  *See, e.g.*, Joan Engebretson, V*P Explains Verizon's NNG-PON2 Fiber Broadband Roadmap*, telecompetitor.com (February 14, 2022) (available at https://www.telecompetitor.com/vp-explains-verizons-ng-pon2-fiber-broadband-roadmap/); *see also* Steve Hardy, Verizon full speed ahead with NG-PON2 for 5G mobile support, lightwaveonline (June 6, 2019) (available at https://www.lightwaveonline.com/fttx/pon-systems/article/14034625/verizon-full-speed-ahead-with-ng-pon2-for-5g-mobile-support); Dan Meyer, Verizon NG-PON2 Trial Hits 34 Gb/s Speed, sdxcentral (September 24, 2019) (available at https://www.sdxcentral.com/news/verizon-ng-pon2-trial-hits-34-gbs-speed/).<br><br>Verizon has further validated its NG-PON2 interoperability based on OpenOMCI Specification.  *See, e.g.,* Brad Randall, *Verizon Validates NG-PON2 Interoperability Based on OpenOMCI Specification*, Broadband Communities News (July 13, 2017) (available at https://bbcmag.com/verizon-validates-ng-pon2-interoperability-based-on-openomci-specification).<br><br>Verizon's OpenOMCI specification, which defines the OLT-to-ONT interface, is aligned with the ITU-T Recommendation G.989.3.  *See, id.*<br><br>ITU-T Recommendation G.989.3 includes a method for selecting a wavelength of an optical network unit (ONU).  *See, e.g.,* ITU-T G.989.3 § 17.2 (ONU calibration) ("To operate in a TWDM PON system, an ONU must maintain calibration, that is, be able to accurately tune, when instructed, to specific operating downstream and upstream wavelength channels."). |

1

|  | *See also* [1a]-[1d] below. |
|---|---|
| **[1a]** | |
| selecting, as an available wavelength candidate, a pre-loaded default wavelength or a wavelength corresponding to a wavelength changed in response to a preset wavelength changing condition being satisfied; | Verizon's NG-PON2 systems perform selecting, as an available wavelength candidate, a pre-loaded default wavelength or a wavelength corresponding to a wavelength changed in response to a preset wavelength changing condition being satisfied, *e.g.*: <br><br> **12.1.3 Causal sequence of activation events** <br><br> The OLT CT controls the ONU activation by means of issuing serial number and ranging grants and exchanging upstream and downstream PLOAM messages. The outline of the activation events in their causal order is given below: <br><br> – The activating ONU tunes its receiver to search for a downstream wavelength channel, attains PSync and superframe synchronization and collects the TC-layer protocol version, the system, channel and burst profile information, confirming the Tx parameters, the channel partition and the upstream line rate match those of the ONU. The ONU may repeat the downstream wavelength channel search as necessary. Actions to take upon a mismatch between the OLT CT and ONU TC-layer version are implementation specific. <br><br> ITU-T G.989.3 § 12.1.3 <br><br> **Table 12-1 – ONU activation cycle states** <br><br> <table><tr><th colspan="2">ONU State/Substate</th><th rowspan="2">Semantics</th></tr><tr><th>Ref</th><th>Full name</th></tr><tr><td>O1</td><td>Initial state</td><td>The ONU enters the Initial state (O1) when it originally powers up, remaining in this state in the course of downstream channel scanning and calibration, and may re-enter this state during the operation, for example, when being deactivated, or when being enabled after an emergency stop. The transmitter is off. Upon entry to O1 state, the ONU-ID, default and explicitly assigned Alloc-IDs, default XGEM Port-ID, burst profiles and equalization delay should be discarded. The ONU synchronization state machine (see clause 10.1.1.3) is initialized.</td></tr></table> <br> ITU-T G.989.3 § 12.1.4 |

| | |
|---|---|
| | **17.2.1 In-service downstream wavelength channel calibration**<br><br>An ONU, which has not been calibrated in advance, may perform downstream wavelength channel calibration on its own discretion in state O1, upon activation (reactivation), for the wavelength channels available at the time, and in state O8, while executing a Tuning_Control command, for previously uncalibrated wavelength channels. The ONU scans the receiver tuning range, acquiring synchronization to the downstream optical signal where such signal is available, obtaining the wavelength channel parameters from the Channel_Profile announcements, and recording the association between those parameters and the corresponding values of the internal tuning control parameters.<br><br>While the ONU receiver is in the stationary wavelength channel state, the ONU (whether calibrated in advance or not) may adjust the calibration for the operating wavelength channel. The calibration adjustment may be achieved, for example, through an autonomous dithering process by adding low amplitude modulation to the internal receiver tuning control parameters and following the optimal quality of the received optical signal.<br><br>ITU-T G.989.3 § 17.2.1 |
| [1b]<br>acquiring frame synchronization for a downstream signal having a same wavelength as the selected available wavelength candidate; | Verizon's NG-PON2 systems perform acquiring frame synchronization for a downstream signal having a same wavelength as the selected available wavelength candidate, e.g.:<br><br>**12.1.2 Activation outline**<br><br>The activation proper includes three phases: downstream synchronization, serial number acquisition (ONU discovery), and ranging.<br><br>During the downstream synchronization phase, the ONU, while remaining passive, initializes a local instance of the downstream synchronization state machine, attains synchronization to the downstream signal, and starts learning system, channel and burst profile parameters. The ONU may repeat the process for two or more available downstream wavelength channels, and may create and store the calibration record for those channels. The phase concludes with the ONU selecting one downstream wavelength channel to proceed with activation.<br><br>ITU-T G.989.3 § 12.1.2 |

3

| | |
|---|---|
| | **12.1.3  Causal sequence of activation events**<br><br>The OLT CT controls the ONU activation by means of issuing serial number and ranging grants and exchanging upstream and downstream PLOAM messages. The outline of the activation events in their causal order is given below:<br><br>–   The activating ONU tunes its receiver to search for a downstream wavelength channel, attains PSync and superframe synchronization and collects the TC-layer protocol version, the system, channel and burst profile information, confirming the Tx parameters, the channel partition and the upstream line rate match those of the ONU. The ONU may repeat the downstream wavelength channel search as necessary. Actions to take upon a mismatch between the OLT CT and ONU TC-layer version are implementation specific.<br><br>ITU-T G.989.3 § 12.1.3<br><br>| O1/Off-Sync<br>≡ O1.1 | The substate is the entry point to O1 state. The ONU searches for and attempts to synchronize to a downstream signal. Once the downstream synchronization is attained, the ONU transitions to the O1/Profile Learning substate. If the downstream wavelength channel to which the ONU attains synchronization is different from the one where the system and channel profile information has been collected, the ONU discards the system and channel profile information. The ONU may create and store a calibration record for the downstream wavelength channel. |<br><br>ITU-T G.989.3 § 12.1.4 |

[1c]

| | |
|---|---|
| transmitting a registration request message to an optical line terminal (OLT) from which the downstream signal has been transmitted when the frame synchronization is acquired, and assigning, as an available wavelength to be used for communication with the OLT when a registration allowance message is received from the OLT, the wavelength of the selected available wavelength candidate; and | Verizon's NG-PON2 systems perform transmitting a registration request message to an optical line terminal (OLT) from which the downstream signal has been transmitted when the frame synchronization is acquired, and assigning, as an available wavelength to be used for communication with the OLT when a registration allowance message is received from the OLT, the wavelength of the selected available wavelength candidate, e.g.: |

4

> During the serial number acquisition/ONU discovery phase, the ONU, while continuing to collect the system, channel and burst profile parameters, enables its transmitter and announces its presence on the PON by responding to serial number grants. If necessary, the OLT CT instructs the ONU to adjust its transmitter wavelength to the desired upstream wavelength channel or to resume activation at a different downstream wavelength channel. The ONU may create and store the calibration record for the upstream wavelength channel. The phase concludes when the OLT CT, which has discovered the new ONU by its serial number and is satisfied with the ONU's transmitter wavelength, assigns a unique ONU-ID to the ONU.

ITU-T G.989.3 § 12.1.2

> Once the ONU selects the downstream wavelength channel, it makes best effort to tune its transmitter to the Upstream wavelength channel ID (specified by the Channel_Profile message), and starts responding to the serial number grants, announcing its presence on the PON with a Serial_Number_ONU PLOAM message. An ONU transmitting at the upstream line rate of either 10G or 2.5G responds to serial number grants with the corresponding broadcast Alloc-ID specified in Table 6-5. The ONU may exercise power levelling if capable of doing so. The Serial_Number_ONU PLOAM message declares the ONU's serial number and the random delay used for transmission, and in addition reports the selected downstream wavelength channel, the calibration record status, and the tuning/dithering capabilities. It also contains the Correlation tag field which allows the ONU to associate OLT CT's feedback in the form of Calibration_Request or Adjust_Tx_Wavelength PLOAM message with the specific transmitted message.

ITU-T G.989.3 § 12.1.3

> Once an ONU which satisfies the minimum calibration accuracy requirement for the desired upstream wavelength channel receives an in-band serial number grant, it responds with an in-band Serial_Number_ONU PLOAM message. Such an ONU should ignore the AMCC serial number grants.

> The ONU waits for and acts upon the discovery feedback from the OLT CT, which can be in the form of Assign_ONU-ID, Calibration_Request, or Adjust_Tx_Wavelength PLOAM messages. Depending upon the feedback, the ONU either stays in O2-3 state while retuning the transmitter, or returns to O1 state in order to calibrate another TWDM channel, or transitions to O4 state to continue activation. Upon receiving the OLT CT feedback, the ONU may create and store a calibration record for the upstream wavelength channel.

5

| | |
|---|---|
| | ITU-T G.989.3 § 12.1.4

Once the OLT CT receives a Serial_Number_ONU message from an ONU that is willing to join or resume operations on the PON, it checks the downstream PON-ID reported by the ONU. If the PON-ID is unexpected, then the OLT CT uses the ICTP to resolve the issue. If the PON-ID contains the expected administrative label and downstream wavelength channel ID, the OLT CT performs ONU-ID assignment and may issue directed ranging grants to that ONU in order to measure its round-trip delay.

ITU-T G.989.3 § 12.1.5 |
| [1d] registering the ONU in the OLT. | Verizon's NG-PON2 systems perform registering the ONU in the OLT, e.g.:

– The ONU responds to a directed ranging grant with the Registration PLOAM message.
– The OLT CT optionally performs initial authentication of the ONU based on the Registration_ID, computes the individual equalization delay and communicates this equalization delay to the ONU using the Ranging_Time PLOAM message.
– The ONU adjusts the start of its upstream PHY frame clock based on its assigned equalization delay.
– The ONU completes activation and starts operation.

ITU-T G.989.3 § 12.1.3

**6.1.5.6   ONU identifier**

In a TWDM PON system, the ONU-ID is a 10-bit identifier that the OLT CT assigns to an ONU during the ONU's activation using the Assign_ONU-ID PLOAM message.

The ONU-ID is unique across the optical distribution network (ODN). When an ONU enters the Initial state (O1) of the ONU activation state machine (see clause 12 for the causes of the possible state transitions to O1 state), it discards the previously assigned ONU-ID along with all dependent TWDM TC layer configuration assignments (see Table 12-4 and Table 12-5). The semantics of the ONU-ID values is shown in Table 6-4.

ITU-T G.989.3 § 6.1.5.6 |

6