# Exhibit 6

## '710 Patent Chart

Accused Instrumentalities: Verizon's PON systems.

[1pre]

| | |
|---|---|
| An optical line terminal (OLT) for determining and controlling power of an optical transmitter of an optical network unit (ONU) provided for a time and wavelength division multiplexing passive optical network (TWDM-PON) system, the OLT comprising: | Verizon's passive optical network systems include NG-PON2 systems that include an optical line terminal (OLT) for determining and controlling power of an optical transmitter of an optical network unit (ONU) provided for a time and wavelength division multiplexing passive optical network (TWDM-PON) system. For example:<br><br>Verizon is in the process of implementing its NG-PON2 network nationwide. *See, e.g.*, Joan Engebretson, V*P Explains Verizon's NNG-PON2 Fiber Broadband Roadmap*, telecompetitor.com (February 14, 2022) (available at https://www.telecompetitor.com/vp-explains-verizons-ng-pon2-fiber-broadband-roadmap/); *see also* Steve Hardy, Verizon full speed ahead with NG-PON2 for 5G mobile support, lightwaveonline (June 6, 2019) (available at https://www.lightwaveonline.com/fttx/pon-systems/article/14034625/verizon-full-speed-ahead-with-ng-pon2-for-5g-mobile-support); Dan Meyer, Verizon NG-PON2 Trial Hits 34 Gb/s Speed, sdxcentral (September 24, 2019) (available at https://www.sdxcentral.com/news/verizon-ng-pon2-trial-hits-34-gbs-speed/).<br><br>Verizon has further validated its NG-PON2 interoperability based on OpenOMCI Specification. *See, e.g.,* Brad Randall, *Verizon Validates NG-PON2 Interoperability Based on OpenOMCI Specification*, Broadband Communities News (July 13, 2017) (available at https://bbcmag.com/verizon-validates-ng-pon2-interoperability-based-on-openomci-specification).<br><br>Verizon's OpenOMCI specification, which defines the OLT-to-ONT interface, is aligned with the ITU-T Recommendation G.989.3. *See, id.*<br><br>ITU-T Recommendation G.989.3 describes NG-PON2 systems that include an optical line terminal (OLT) for determining and controlling power of an optical transmitter of an optical network unit (ONU) provided for a time and wavelength division multiplexing passive optical network (TWDM-PON) system: |

|  | |
|---|---|
|  | An NG-PON2 system supports multiple wavelength channels and enables flexibility to add capacity as the demand grows to 100 Gbit/s and beyond. An NG-PON2 system may contain a set of time and wavelength division multiplexing (TWDM) channels, or a set of point-to-point wavelength division multiplexing (PtP WDM) channels, or both. The TWDM channels operate at the nominal line rates of 9.95328 and 2.48832 Gbit/s in both downstream and upstream directions. The PtP WDM channels support nominal line rate classes of 1.25 Gbit/s, 2.5 Gbit/s and 10 Gbit/s, depending on the PtP WDM client.<br><br>ITU-T G.989.3, Summary.<br><br>**12.1.6   ONU power levelling**<br><br>Power levelling is a mechanism that allows an ONU to change its transmit optical power by optimizing the ONU attenuation levels in order to improve the signal-to-noise ratio (SNR) at the OLT CT and to achieve relaxation of the out-of-channel power spectral density (OOC PSD) requirements specified in clause 11.1.4 of [ITU-T G.989.2]. There are two methods for the invocation of the power levelling mechanism: ONU-activated and OLT-activated.<br><br>ITU-T G.989.3 § 12.1.6<br><br>**12.1.6.2   OLT-activated power levelling**<br><br>OLT-activated power levelling occurs in the Operation state (O5).<br><br>To adjust the launch optical power of a specific ONU or all tuned-in ONUs, the OLT CT may send a directed or broadcast Change_Power_Level PLOAM message. The launch optical power adjustment can be either direct (specifying a certain attenuation level) or incremental (specifying the direction of launch optical power change).<br><br>ITU-T G.989.3 § 12.1.6.2<br><br>*See also, e.g.*, [1a]-[1c] below. |

[1a]

| an RSSI collector configured to collect received signal strength indication (RSSI) information from upstream optical signals | Verizon's NG-PON2 systems include an OLT comprising an RSSI collector configured to collect received signal strength indication (RSSI) information from upstream optical signals received from corresponding ONU connected to OLT port, e.g.: |
|---|---|

2

| | |
|---|---|
| received from corresponding ONU connected to OLT port; and | For the ONUs in operation, the OLT CT monitors the received signal strength indication (RSSI), the phase, and the BER of the arriving upstream transmissions. Based on the monitored information, the OLT CT may re-compute and dynamically update the equalization delay for any ONU, and may instruct the ONU to perform upstream wavelength adjustment if the ONU is capable of doing so.<br><br>ITU-T G.989.3 § 12.1.3<br><br>**11.3.4  Upstream PLOAM message formats**<br>**11.3.4.1  Serial_Number_ONU message**<br>Information regarding Serial_Number_ONU message is provided in Table 11-24.<br><br>**Table 11-24 – Serial_Number_ONU message**<br><br>| Octet | Content | Description |<br>|---|---|---|<br>| 1-2 | ONU-ID | 0x03FF, Unassigned ONU-ID; or in case of an ONU with multiple PON interfaces undergoing activation on the second and subsequent PON interfaces, the ONU-ID previously assigned to the pilot PON interface, which has been activated first. |<br>| 19-22 | Current downstream PON-ID | The PON-ID received by the ONU in its current downstream wavelength channel. |<br>| 38 | Attenuation | See clause 11.2.6.7. |<br><br>ITU-T G.989.3 §§ 11.3.4, 11.3.4.1 |
| **[1b]**<br>a power mode controller configured to receive power mode setting information of the optical transmitter of the ONU from an ONU power level determiner, and to generate a physical layer operation and maintenance (PLOAM) message to control power modes of the ONU based on the | |

| received power mode setting information, wherein | **Table 11-2 – Downstream PLOAM messages** | | | | |
|---|---|---|---|---|---|
| | Message type ID | Message name (applicability) | Function | Trigger | Effect of receipt |
| | 0x1A | Change_Power_Level (Invariant) | To instruct an ONU to change and/or to report its launch optical power level. | At the implementer's discretion. | The ONU adjusts its launch optical power level as instructed and, if responding to a directed Change_Power_Level message, sends an Acknowledgement PLOAM message. |
| | ITU-T G.989.3 § 11.3.1 | | | | |
| | **Table 11-21 – Change_Power_Level message** | | | | |
| | Octet | Content | Description | | |
| | 1-2 | ONU-ID | Directed message to one ONU or broadcast message to all tuned-in ONUs. | | |
| | 3 | Message type ID | 0x1A, "Change_Power_Level". | | |
| | 4 | SeqNo | Eight-bit unicast or broadcast PLOAM sequence number, as appropriate. | | |
| | 5 | Operation type | 0000 00TT<br>TT – Operation type:<br>  00: direct attenuation level control;<br>  01: decrease launch optical power by applying next supported attenuation level;<br>  10: increase launch optical power by applying next supported attenuation level;<br>  11: request current attenuation level.<br>If the ONU is unable to change its launch optical power because it is already at its maximum (or minimum) setting, or if the specified attenuation level is not supported, then the ONU should not execute this request, responding with an Acknowledgement message containing the completion code that indicates a Parameter Error. | | |
| | 6 | Attenuation | See clause 11.2.6.7. | | |
| | ITU-T G.989.3 § 11.3.3.16 | | | | |

4


| | |
|---|---|
| | **11.2.6.7 Attenuation**<br><br>Attenuation parameter represents a requested attenuation level as a part of the power levelling instruction to an ONU, or an ONU's attenuation level at the time of the message transmission as a part of the power levelling report.<br><br>This is a one-octet field of the form 0000 MMMM, where MMMM is the attenuation level:<br>    0000: Unattenuated transmission;<br>    0001..0111: attenuation level in steps of 3 dB.<br><br>ITU-T G.989.3 § 11.2.6.7 |
| [1c]<br>the RSSI information includes a channel number identifying the OLT port, an ONU-Identification (ONU-ID) identifying the ONU, a measured RSSI value, and current power mode information of the ONU. | In Verizon's NG-PON2 systems, the RSSI information includes a channel number identifying the OLT port, an ONU-Identification (ONU-ID) identifying the ONU, a measured RSSI value, and current power mode information of the ONU, e.g.:<br><br>**11.3.4 Upstream PLOAM message formats**<br>**11.3.4.1 Serial_Number_ONU message**<br>Information regarding Serial_Number_ONU message is provided in Table 11-24.<br><br>**Table 11-24 – Serial_Number_ONU message**<br><br>\| Octet \| Content \| Description \|<br>\|---\|---\|---\|<br>\| 1-2 \| ONU-ID \| 0x03FF, Unassigned ONU-ID; or in case of an ONU with multiple PON interfaces undergoing activation on the second and subsequent PON interfaces, the ONU-ID previously assigned to the pilot PON interface, which has been activated first. \|<br><br>\| Octet \| Content \| Description \|<br>\|---\|---\|---\|<br>\| 19-22 \| Current downstream PON-ID \| The PON-ID received by the ONU in its current downstream wavelength channel. \|<br><br>\| Octet \| Content \| Description \|<br>\|---\|---\|---\|<br>\| 38 \| Attenuation \| See clause 11.2.6.7. \| |

5

| | ITU-T G.989.3 §§ 11.3.4, 11.3.4.1 |
|---|---|
| | **Table 11-29 – Tuning_Response message** |

| Octet | Content | Description |
|---|---|---|
| 1-2 | ONU-ID | ONU-ID of the message sender |
| 18-21 | PON-ID | The PON-ID received by the ONU in its current downstream wavelength channel. |
| 34 | Attenuation | See clause 11.2.6.7. |

ITU-T G.989.3 § 11.3.4.6

For the ONUs in operation, the OLT CT monitors the received signal strength indication (RSSI), the phase, and the BER of the arriving upstream transmissions. Based on the monitored information, the OLT CT may re-compute and dynamically update the equalization delay for any ONU, and may instruct the ONU to perform upstream wavelength adjustment if the ONU is capable of doing so.

ITU-T G.989.3 § 12.1.3

6