# Exhibit 8

**'323 Patent Chart**

Accused Instrumentalities: Verizon's PON networks and associated management entities.

[1pre]

| A method for a packet transport layer (PTL) connection server to provide a passive optical network (PON) of a PTL, the PTL connection server being connected directly to an optical line termination device (OLT) and PTL switches, connected indirectly to an optical network terminal or optical network unit (ONT/ONU) of a subscriber end, and setting connections, comprising: | Verizon's network includes a packet transport layer (PTL) connection server to provide a passive optical network (PON) of a PTL, the PTL connection server being connected directly to an optical line termination device (OLT) and PTL switches, connected indirectly to an optical network terminal or optical network unit (ONT/ONU) of a subscriber end, and setting connections.<br><br>For example, Verizon implements "Calix's software-defined Axos Intelligent Edge System, which includes a Layer 3 routing protocol module and subscriber management module. Those modules are consolidated with optical line terminal (OLT) functions into a single point in the network designed to be closer to the end user and allow for greater automation." https://www.sdxcentral.com/news/verizon-sets-table-with-calix-gear-for-ng-pon2-deployment/. Verizon also implements NG-PON2 systems with optical network terminals or optical network units (ONT/ONU), e.g.: |
| --- | --- |

**5.2    Multi-wavelength PON system reference points**

In a multiple wavelength passive optical network (PON) system, such as next generation passive optical network 2 (NG-PON2), the optical line terminal (OLT) is conceptually composed of multiple OLT channel terminations (CTs) connected via a wavelength multiplexer (WM). The associated reference logical architecture and its reference points are presented in Figure 5-2.



CG – channel group    CT – channel termination
CP – channel pair      WM – wavelength mux

**Figure 5-2 – NG-PON2 reference logical architecture**

ITU-T G.989 § 5.2

## MOBILE BACKHAUL & FRONTHAUL

With integrated network synchronization, Ethernet OAM, advanced timing capabilities, the NG1601 line card can be used to transport mobile front haul as well as backhaul traffic while also supporting triple play residential and MEF certified business services from a single platform.

https://infiniumnet.com/PublicDocs/clxds/e9-2-ng1601ds.pdf

"Verizon says it has proven NG-PON2 interoperability based on its own OpenOMCI specification. … OpenOMCI, which is aligned with the ITU-T Recommendation G.989.3, defines the interface for optical line terminal (OLT) to ONT, according to Verizon." https://www.lightreading.com/optical-networking/verizon-openomci-passes-interop-test; *see also* https://www.sdxcentral.com/news/verizon-ng-pon2-trial-hits-34-gbs-speed/ ("Operators are increasing their use of SDN control over PON assets to boost the performance of deployed fiber. PON uses a point-to-multipoint architecture

|  | to enable a single optical fiber to serve multiple end-points. SDN control over optical networks can allow operators to manage port speeds, protocols, and wavelengths; support more advanced modulation and detection schemes; and provide for flexible wavelength routing via dynamic reconfigurable optical add/drop multiplexer (ROADM) technology.") |
|---|---|

[1a]

| managing to transmit/receive PTL-PON packets between an ONT/ONU of the subscriber end and an OLT; | Verizon's network includes a packet transport layer (PTL) connection server that performs managing to transmit/receive PTL-PON packets between an ONT/ONU of the subscriber end and an OLT, e.g.:  https://www.calix.com/content/dam/calix-com/assets/products/platform/ia/sb/intelligent-access.pdf |
|---|---|

3

<table>
<tr><td></td><td>

**NG-PON2**

The Calix E9-2 NG1601 line card provides multiservice capability over IP/Ethernet-based networks. Each card provides 16 OLT channel termination ports that subtend up to 128 ONTs each, for a card capacity of 2048 ONTs per card.

The NG1601 line card features and capabilities include:
- Non-blocking 9.953 Gbps downstream and 9.953 Gbps upstream bandwidth per port
- Supports up to 4 TWDM wavelengths (one per physical port, upgradeable to 8 wavelengths in the future) and the XGS-PON wavelength
- Leveraging OMCI and GEM (Ethernet) based provisioning model
- Interoperable with NG-PON2 and XGS-PON ONTs
- Class N1 +29 dB link budget, up to 1:128 splits

https://infiniumnet.com/PublicDocs/clxds/e9-2-ng1601ds.pdf

</td></tr>
</table>

[1b]

| setting the ONT/ONU of the subscriber end to be an end point of a PTL connection, wherein the setting of the ONT/ONU of the subscriber end to be an end point of the PTL connection includes: | Verizon's network includes a packet transport layer (PTL) connection server that performs setting the ONT/ONU of the subscriber end to be an end point of a PTL connection, wherein the setting of the ONT/ONU of the subscriber end to be an end point of the PTL connection includes [1c]-[1e] as discussed below, e.g.: |
|---|---|

4

**NG-PON2**

The Calix E9-2 NG1601 line card provides multiservice capability over IP/Ethernet-based networks. Each card provides 16 OLT channel termination ports that subtend up to 128 ONTs each, for a card capacity of 2048 ONTs per card.

The NG1601 line card features and capabilities include:
- Non-blocking 9.953 Gbps downstream and 9.953 Gbps upstream bandwidth per port
- Supports up to 4 TWDM wavelengths (one per physical port, upgradeable to 8 wavelengths in the future) and the XGS-PON wavelength
- Leveraging OMCI and GEM (Ethernet) based provisioning model
- Interoperable with NG-PON2 and XGS-PON ONTs
- Class N1 +29 dB link budget, up to 1:128 splits

https://infiniumnet.com/PublicDocs/clxds/e9-2-ng1601ds.pdf

**Calix Operations Cloud**

Calix Operations Cloud (Operations Cloud) enables BSPs to offer subscribers self-service automated provisioning across the entire subscriber-facing network to deliver an amazing subscriber experience. Operations Cloud provides the ability to provision, monitor, maintain, and manage the whole end-to-end subscriber-facing network—from the subscriber's premises to the access network edge, ensuring BSPs can:

- Optimize and automate workflows to drive faster decision-making and problem resolution, fewer help desk calls, and eliminate error-prone repetitive tasks

- Minimize truck rolls by understanding the causes of service issues and fixing them remotely

- Reduce support costs with end-to-end network visibility—reducing resolution times and improving proactive and predictive maintenance

**Operations Cloud capabilities include:**

- **Network automation:** End-to-end service provisioning (aggregation/access to premises ONTs) and discovery workflow

https://www.calix.com/content/dam/calix-com/assets/products/platform/ia/sb/intelligent-access.pdf

[1c]

| setting a channel from the ONT/ONU of | Verizon's network includes a packet transport layer (PTL) connection server that |

5

| | |
|---|---|
| the subscriber end to another ONT/ONU of the opposite side of the subscriber end through the OLT and the PTL switches for transporting the packets as the PTL channel in an access, a metro, and a core networks; | performs setting a channel from the ONT/ONU of the subscriber end to another ONT/ONU of the opposite side of the subscriber end through the OLT and the PTL switches for transporting the packets as the PTL channel in an access, a metro, and a core networks.<br><br>**NG-PON2**<br>The Calix E9-2 NG1601 line card provides multiservice capability over IP/Ethernet-based networks. Each card provides 16 OLT channel termination ports that subtend up to 128 ONTs each, for a card capacity of 2048 ONTs per card.<br><br>The NG1601 line card features and capabilities include:<br>• Non-blocking 9.953 Gbps downstream and 9.953 Gbps upstream bandwidth per port<br>• Supports up to 4 TWDM wavelengths (one per physical port, upgradeable to 8 wavelengths in the future) and the XGS-PON wavelength<br>• Leveraging OMCI and GEM (Ethernet) based provisioning model<br>• Interoperable with NG-PON2 and XGS-PON ONTs<br>• Class N1 +29 dB link budget, up to 1:128 splits<br><br>https://infiniumnet.com/PublicDocs/clxds/e9-2-ng1601ds.pdf |

### 9.4.1    Ethernet over XGEM

Ethernet frames are carried directly in the XGEM frame payload. The Ethernet packet's preamble and start frame delimiter (SFD) bytes [b-IEEE 802.3] are discarded prior to XGEM encapsulation. Each Ethernet frame is mapped into a single XGEM frame, as shown in Figure 9-5, or into multiple XGEM frames. In the latter case, the fragmentation rules of clause 9.3 apply. An XGEM frame may not encapsulate more than one Ethernet frame.



**Figure 9-5 – Ethernet mapping into an XGEM frame**

ITU-T G.989.3 § 9.4.1

[1d]

| bundling a plurality of set PTL channels to be a PTL path in a metro network and a core network; and | Verizon's network includes a packet transport layer (PTL) connection server that performs bundling a plurality of set PTL channels to be a PTL path in a metro network and a core network, e.g.:<br><br>"Calix's software-defined Axos Intelligent Edge System, which includes a Layer 3 routing protocol module and subscriber management module. Those modules are consolidated with optical line terminal (OLT) functions into a single point in the network designed to be closer to the end user and allow for greater automation."<br>https://www.sdxcentral.com/news/verizon-sets-table-with-calix-gear-for-ng-pon2- |

| | |
|---|---|
| | deployment/; *see also* https://www.sdxcentral.com/news/verizon-ng-pon2-trial-hits-34-gbs-speed/ ("Operators are increasing their use of SDN control over PON assets to boost the performance of deployed fiber. PON uses a point-to-multipoint architecture to enable a single optical fiber to serve multiple end-points. SDN control over optical networks can allow operators to manage port speeds, protocols, and wavelengths; support more advanced modulation and detection schemes; and provide for flexible wavelength routing via dynamic reconfigurable optical add/drop multiplexer (ROADM) technology.").<br><br>Channel bonding allows operators to deliver more bandwidth than a single channel can support. This technique is used to boost capacity in DSL and G.fast systems by combining the capacity from several copper cables into a single logical channel. In the case of NG-PON2, the channels are wavelengths running over the same physical fibre.<br><br>The demonstration used the Calix AXOS E9-2 Intelligent Edge System and channel bonding to combine multiple 10Gb/s wavelength pairs (one downstream, one upstream) into a 40Gb/s channel carried over a single fibre.<br><br>This capability will be important to service providers looking to provide high-bandwidth services over NG-PON2 networks, including 5G mobile backhaul, high-end business services, and high-density residential services to apartment blocks or multi-dwelling units (MDUs).<br><br>Verizon is seeking such capabilities. Live demonstration of NG-PON2 channel bonding was completed in only 12 days following a Verizon request to Calix. The vendor says it was able to respond at an "unprecedented pace" thanks to the flexibility of the AXOS platform on which its software-defined access architecture is based (see Calix unveils AXOS for access network virtualisation).<br><br>https://www.fibre-systems.com/news/calix-demos-ng-pon2-channel-bonding-verizon |

[1e]

| | |
|---|---|
| managing the connection states of intervals through the set PTL channel and the PTL path. | Verizon's network includes a packet transport layer (PTL) connection server that performs managing the connection states of intervals through the set PTL channel and the PTL path, e.g.: |

### 7.2.1    TWDM channel DBA abstraction

In TWDM PON, the recipient entity of the upstream bandwidth allocation is represented by an allocation ID (Alloc-ID). Regardless of the number of Alloc-IDs assigned to each ONU, the number of XGEM ports multiplexed onto each Alloc-ID, and the actual physical and logical queuing structure implemented by the ONU, the OLT CT models the traffic aggregate associated with each subtending Alloc-ID as a single logical buffer. Furthermore, for the purpose of bandwidth assignment, the OLT CT considers all Alloc-IDs specified for the given TWDM channel to be independent peer entities on the same level of logical hierarchy. Figure 7-1 illustrates DBA abstraction for a TWDM channel.



**Figure 7-1 – DBA abstraction for a TWDM channel**

For each Alloc-ID logical buffer, the DBA functional module of the OLT CT infers its occupancy by collecting in-band status reports, or by observing the upstream idle pattern, or both. The DBA function then provides input to the OLT upstream scheduler, which is responsible for generating the bandwidth maps (BWmaps). The BWmap specifies the size and timing of the upstream transmission opportunities for each Alloc-ID, and is communicated to the ONUs in-band with the downstream traffic.

ITU-T G.989.3 § 7.2.1

9

| | **8.1.1.3    BWmap construction and parsing rules** |
|---|---|
| | The OLT CT uses BWmap partition to allocate upstream transmission opportunities to the ONUs and the individual Alloc-IDs within each ONU. The frequency and size of allocations to each ONU and each Alloc-ID depends on the respective service parameters and the current power management mode of each given ONU. By design, each BWmap partition may contain at most 2047 allocation structures. |
| | ITU-T G.989.3 § 8.1.1.3 |