# Exhibit 10

## '085 Patent Chart

Accused Instrumentalities: Verizon's Optical Transport Network (OTN) and associated management entities.

[1pre]

| A method for transmitting client signal in an optical transport network, comprising: | Verizon's network implements a method for transmitting client signal in an optical transport network (OTN). For example:<br><br>"Verizon OTU-n customer handoffs are made via ITU-T standard OTM-0.n standards at their respective 10Gb/s or 100 Gb/s speeds." *See, e.g.*, https://www.verizon.com/business/service_guide/reg/cp_uspl_us_private_line_services.htm<br><br>Verizon's Wavelength Services use OTU2/OTU3/OTU4 interfaces that conform to G.709 standards. See, e.g. https://www22.verizon.com/wholesale/solutions/solution/Optical%2BWave%2BService.html ("work is well underway for standards-based digital wrapper service known as ITU-T G.709"); *see also* https://www.verizon.com/business/support/vec/onlinehelp/dam/vz-assets/vz-pdfs/wavelength-services/VerizonWav.pdf ("Enterprise customer or Third Party Carrier's transponders/muxponders must adhere to the detection, reporting and propagation of LF and RF ordered sets per G.709.")<br><br>ITU-T G.709/Y.1331 describes a method for transmitting client signal in an OTN. For example, Section 11 of the standard describes the OTUk frame structure: |

1

| | |
|---|---|
| | **11.1 OTUk (k=0,1,2,3,4,4-SC) frame structure**<br><br>The OTUk (k = 0,1,2,3,4,4-SC) frame structure is based on the ODUk frame structure and extends it with a forward error correction (FEC) as shown in Figure 11-1. 256 columns are added to the ODUk frame for the FEC and the reserved overhead bytes in row 1, columns 8 to 14 of the ODUk overhead are used for an OTUk specific overhead, resulting in an octet-based block frame structure with four rows and 4080 columns. The MSB in each octet is bit 1, the LSB is bit 8.<br><br>NOTE – This Recommendation does not specify an OTUk frame structure for k=2e or k=flex. See Annex G for the specification of OTU0LL.<br><br>ITU-T G.709 § 11.1 |
| **[1a]**<br>generating an optical transmission unit (OTU) frame including an in-band area and an out-band area, | Verizon's network generates an optical transmission unit (OUT) frame including an in-band area and an out-band area. *See, e.g.,*:<br><br>**11.1 OTUk (k=0,1,2,3,4,4-SC) frame structure**<br><br>The OTUk (k = 0,1,2,3,4,4-SC) frame structure is based on the ODUk frame structure and extends it with a forward error correction (FEC) as shown in Figure 11-1. 256 columns are added to the ODUk frame for the FEC and the reserved overhead bytes in row 1, columns 8 to 14 of the ODUk overhead are used for an OTUk specific overhead, resulting in an octet-based block frame structure with four rows and 4080 columns. The MSB in each octet is bit 1, the LSB is bit 8.<br><br>NOTE – This Recommendation does not specify an OTUk frame structure for k=2e or k=flex. See Annex G for the specification of OTU0LL.<br><br><br><br>Figure 11-1 – OTUk frame structure |

2

|  | ITU-T G.709 § 11.1 |
|---|---|
| **[1b]** wherein the in-band area includes a first area to which the client signal is allocated and a second area to which fixed stuff is allocated; and | Verizon's network generates an optical transmission unit (OUT) frame including an in-band area and an out-band area, wherein the in-band area includes a first area to which the client signal is allocated and a second area to which fixed stuff is allocated.  *See, e.g.,*:<br><br>**12.1   ODU frame structure**<br><br>The ODU frame structure is shown in Figure 12-1. It is organized in an octet-based block frame structure with four rows and 3824 columns.<br><br>The ODUk (k=0,1,2,2e,3,4,flex) frame structure contains one instance of the ODU frame structure. The ODUCn frame structure contains n frame and multi-frame synchronous instances of the ODU frame structures, numbered 1 to n (ODU #1 to ODU #n).<br><br><br><br>**Figure 12-1 – ODU frame structure**<br><br>ITU-T G.709 § 12.1 |

3

| | |
|---|---|
| | 

ITU-T G.709 § 17.7.5 (Mapping CBR client signals into OPU4). |
| [1c] transmitting the client signal based on the OTU frame. | Verizon's network transmits the client signal based on the OTU frame. *See, e.g.*,: |

4



Figure 11-2 – Transmission order of the OTUk frame bits

ITU-T G.709 § 11.1 (Figure 11-2)

### 11.3 OTUCn frame structure

The OTUCn frame structure (Figure 11-4) is based on the ODUCn frame structure and deploys the reserved overhead bytes in row 1, columns 8 to 14 of each ODU frame structure in the ODUCn overhead for an OTUCn specific overhead, resulting in an octet-based block frame structure with n × four rows and 3824 columns. The MSB in each octet is bit 1, the LSB is bit 8.

Interleaving of the n frame and multi-frame synchronous OTU frame structure instances within the OTUCn, forward error correction, encoding (e.g., scrambling), deskewing and transmission order of the OTUCn are interface specific and specified for inter-domain OTN interfaces with application codes in the interface specific Recommendations (ITU-T G.709.x series). For OTN interfaces with vendor specific application identifiers these specifications are vendor specific and out of scope of this Recommendation.

ITU-T G.709 § 11.3

5