**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| OPTIMNET LLC,<br>*Plaintiff,*<br>v.<br>VERIZON COMMUNICATIONS INC. ET AL.,<br>*Defendants.* | Civil Action No. 2:25-cv-00628-JRG<br><br>**JURY DEMANDED** |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to P.R. 4-3 and the Court's Docket Control Order (Dkt. 29), Plaintiff OptimNet LLC ("OptimNet") and Defendants Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Online LLC, Verizon Business Network Services LLC, Verizon Data Services LLC, Verizon Business Global LLC, and Verizon Services Corp. (collectively, "Verizon" or "Defendants") (all together, "the parties") respectfully submit the following Joint Claim Construction and Prehearing Statement.

## I. AGREED CLAIM CONSTRUCTIONS (P.R. 4-3(a)(1))

The Parties have agreed to the following claim constructions:

### A. U.S. Patent No. 9,136,968

| Claim Term | Agreed Construction |
|---|---|
| "first OTL"<br><br>(Claim 3) | "first OLT" |
| "ODN ID"<br><br>(Claim 4) | "ONU ID" |
| "first ODN"<br><br>(Claim 6) | "first ONU" |

### B. U.S. Patent No. 9,197,351

| Claim Term | Agreed Construction |
|---|---|
| "present"<br><br>(Claim 15) | "preset" |

### C. U.S. Patent No. 9,825,710

| Claim Term | Agreed Construction |
|---|---|
| "An optical line terminal (OLT) for determining and controlling power of an optical transmitter of an optical network unit (ONU) provided for a time and wavelength division multiplexing passive optical network (TWDM-PON) system, the OLT comprising"<br><br>(Claim 1, preamble) | The preamble is limiting. |
| "A method of determining and controlling power of an optical transmitter of an optical network unit (ONU) performed by an optical line terminal (OLT) provided for a time and wavelength division multiplexing passive optical network (TWDM-PON) system, the method comprising"<br><br>(Claim 13, preamble) | The preamble is limiting. |

## II. DISPUTED CLAIM CONSTRUCTIONS (P.R. 4-3(a)(2))

The parties' proposed constructions of disputed terms are provided in the chart below. The parties' proposed constructions are also set forth in the accompanying **Exhibit A**, along with the intrinsic and extrinsic evidence on which the parties intend to rely.

### A. U.S. Patent No. 9,136,968

| Term # | Claim Term | OptimNet's Proposed Construction | Verizon's Proposed Construction |
|---|---|---|---|
| 1 | "configured to"<br><br>(Claims 1, 6, 13) | "No construction required; plain and ordinary meaning. | "plain and ordinary meaning, which requires not merely being capable of being configured but |

| Term # | Claim Term | OptimNet's Proposed Construction | Verizon's Proposed Construction |
|---|---|---|---|
| | | To the extent that the Court determines construction is necessary: plain and ordinary meaning, i.e., capable of performing the function without modification." | rather being actually configured" |
| 2 | "arbitrary wavelength"<br><br>(Claim 1) | "No construction required; plain and ordinary meaning.<br><br>To the extent that the Court determines construction is necessary: plain and ordinary meaning, i.e., a specific wavelength, selected for the ONU from the wavelengths allocated to the plurality of OLTs." | "a specific wavelength, selected for the ONU from the different wavelengths allocated to the plurality of OLTs" |
| 3 | "a first ONU of the plurality of the ONUs, which have established a communication link to the first OLT, establishes a communication link to the second OLT" in combination with other claim elements<br><br>(Claim 1) | Not indefinite. No construction required; plain and ordinary meaning. | Indefinite under 35 U.S.C. § 112, ¶ 2. |

**B. U.S. Patent No. 9,197,351**

| Term # | Claim Term | OptimNet's Proposed Construction | Verizon's Proposed Construction |
|---|---|---|---|
| 4 | "configured to"<br><br>(Claim 15) | "No construction required; plain and ordinary meaning.<br><br>To the extent that the Court determines construction is necessary: plain and ordinary meaning, i.e., capable of | "plain and ordinary meaning, which requires not merely being capable of being configured but rather being actually configured" |

| Term # | Claim Term | OptimNet's Proposed Construction | Verizon's Proposed Construction |
|---|---|---|---|
| | | performing the function without modification." | |

**C. U.S. Patent No. 9,825,710**

| Term # | Claim Term | OptimNet's Proposed Construction | Verizon's Proposed Construction |
|---|---|---|---|
| 5 | "configured to"<br><br>(Claims 1, 2, 3, 4, 14) | "No construction required; plain and ordinary meaning.<br><br>To the extent that the Court determines construction is necessary: plain and ordinary meaning, i.e., capable of performing the function without modification." | "plain and ordinary meaning, which requires not merely being capable of being configured but rather being actually configured" |

**D. U.S. Patent No. 8,689,085**

| Term # | Claim Term | OptimNet's Proposed Construction | Verizon's Proposed Construction |
|---|---|---|---|
| 6 | "configured to"<br><br>(Claim 16) | "No construction required; plain and ordinary meaning.<br><br>To the extent that the Court determines construction is necessary: plain and ordinary meaning, i.e., capable of performing the function without modification." | "plain and ordinary meaning, which requires not merely being capable of being configured but rather being actually configured" |

### E. U.S. Patent No. 8,781,323

| Term # | Claim Term | OptimNet's Proposed Construction | Verizon's Proposed Construction |
|---|---|---|---|
| 7 | "an OLT located between the ONT/ONU's of the subscriber ends and the PTL switch and converting a format of the packet into another according to a transport direction of the received packet, and transporting the same" in combination with other elements<br><br>(Claim 2) | Not indefinite. No construction required; plain and ordinary meaning. | Indefinite under 35 U.S.C. § 112, ¶ 2. |

## III. ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(a)(3))

The parties estimate that two to three hours will be needed for the claim construction hearing. The parties agree that each side will be allocated half of the total time permitted for the hearing.

## IV. PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(a)(4))

No party proposes to call witnesses at the claim construction hearing. OptimNet identifies Dr. Alan E. Willner and Dr. Radostin Pachamanov as the experts whose declarations OptimNet is serving upon Verizon pursuant to P.R. 4-3(b). OptimNet reserves the right to call either expert should the Court determine that live testimony would assist it.

Verizon identifies Dr. Duncan L MacFarlane as a rebuttal expert from which it may submit expert testimony rebutting the testimony of any expert testimony submitted by OptimNet.

## V. OTHER ISSUES TO BE ADDRESSED PRIOR TO CLAIM CONSTRUCTION HEARING (P.R. 4-3(a)(5))

The parties are not currently aware of any issues that they would propose taking up at a prehearing conference prior to the claim construction hearing.

Dated: September 9, 2026

*/s/ Deron R. Dacus*

Deron R. Dacus
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: 903.705.1117
ddacus@dacusfirm.com

Kevin P. Anderson
**DUANE MORRIS LLP**
901 New York Ave. NW, Suite 700-East
Washington, DC 20001
Telephone: 202.776.7800
Facsimile: 202.478.2811
kpanderson@duanemorris.com

Joseph A. Powers
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1842
Facsimile: 215 689 3797
japowers@duanemorris.com

Holly Engelmann
**DUANE MORRIS LLP**
Terrace 7
2801 Via Fortuna, Suite 200
Austin, Texas 78746
Telephone: 214.257.7226
Facsimile: 214.292.9454
hengelmann@duanemorris.com

*Attorneys for Verizon*

*/s/ Dale Chang*

Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
Bradley Hyde
CA State Bar No. 301145
Email: bhyde@raklaw.com
James Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

*Attorneys for Plaintiff OptimNet LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of September 2026, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Dale Chang*

**CERTIFICATE OF CONFERENCE**

I certify that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties agree on filing this joint statement.

*/s/ Dale Chang*