# Exhibit A

**Exhibit A – Proposed Constructions and Supporting Intrinsic and Extrinsic Evidence**

**A. U.S. Patent No. 9,136,968**

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 1 | "configured to"<br><br>(Claims 1, 6, 13) | "No construction required; plain and ordinary meaning. To the extent that the Court determines construction is necessary: plain and ordinary meaning, i.e., capable of performing the function without modification."<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>Claims: the plain language of claims 1, 3, 6, 13, and 16.<br><br>Specification:<br>• '968 patent, 1:30-31; 5:19-28; 6:38-40; 7:38-39; 8:4-6; 9:60-64; 14:52-56; FIG. 4<br><br>Prosecution history:<br>• Amendment/Request for Reconsideration-After Non-Final Rejection and Applicant Arguments/Remarks Made in an Amendment, U.S. App. No. 14/092,260 (June 18, 2015)<br><br>**Extrinsic Evidence** | "plain and ordinary meaning, which requires not merely being capable of being configured but rather being actually configured"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>Claims 1, 6 and 13<br><br>FIGS. 1-8<br><br>Title<br><br>Abstract<br><br>1:19-45; 1:58-2:61; 2:65-3:24; 3:40-44; 4:9-11; 4:40-43; 4:47-52; 5:16-40; 7:24-33; 8:7-19; 10:43-12:27<br><br>June 18, 2015 Amendment (14/092,260), e.g., at 5, 11 |

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | Expert testimony evidencing what one of ordinary skill in the art would understand the plain and ordinary meaning of this term to be.<br><br>• Defendants' Invalidity Contentions Exhibit A-1 (Effenberger)<br>• Defendants' Invalidity Contentions Exhibit A-2 (Trojer)<br>• Defendants' Invalidity Contentions Exhibit A-5 (Luo '155, WO 2012/136155)<br>• ITU-T Recommendation G.987.3 (10/2010), 10-Gigabit-capable passive optical networks (XG-PON): Transmission convergence (TC) layer specification (produced at OPTIMNET-VZN628-0004287)<br>• ITU-T Recommendation G.988 (10/2012), ONU management and control interface (OMCI) specification (produced at OPTIMNET-VZN628-0004421)<br>• ITU-T Recommendation G.989.3 (10/2015), 40-Gigabit-capable passive optical networks (NG-PON2): Transmission convergence layer specification (produced at OPTIMNET-VZN628-0005123) | |
| 2 | "arbitrary wavelength"<br><br>(Claim 1) | "No construction required; plain and ordinary meaning. | "a specific wavelength, selected for the ONU from the different wavelengths allocated to the plurality of OLTs" |

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | To the extent that the Court determines construction is necessary: plain and ordinary meaning, i.e., a specific wavelength, selected for the ONU from the wavelengths allocated to the plurality of OLTs."<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>Claims: the plain language of claim 1.<br><br>Specification:<br>• '968 patent, 2:6-9; 3:10-11; 5:19-28; 7:31-32; 8:4-6; 8:34-40; 8:58-61; 10:65-66; 11:1<br><br>Prosecution history:<br>• Non-Final Rejection, U.S. App. No. 14/092,260 (Mar. 5, 2015), at 4-6, 7<br><br>**Extrinsic Evidence**<br><br>Expert testimony evidencing what one of ordinary skill in the art would understand the plain and ordinary meaning of this term to be.<br><br>• Defendants' Invalidity Contentions Exhibit A-5 (Luo '155, WO 2012/136155)<br>• Defendants' Invalidity Contentions Exhibit A-1 (Effenberger) | *Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>Claim 1<br><br>FIGS. 1-8<br><br>Title<br><br>Abstract<br><br>1:19-45; 1:58-2:61; 2:65-3:24; 3:40-44; 4:9-11; 4:40-43; 4:47-52; 5:16-40; 7:24-33; 8:7-19; 9:60-63; 10:43-12:27<br><br>March 5, 2015 Office Action (14/092,260), e.g., at 3-8; June 18, 2015 Amendment (14/092,260), e.g., at 4-5, 10-11<br><br>U.S. Publication No. 2014/0050479 to Luo. |

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | • Defendants' Invalidity Contentions Exhibit A-2 (Trojer)<br>• ITU-T Recommendation G.987.3 (10/2010), 10-Gigabit-capable passive optical networks (XG-PON): Transmission convergence (TC) layer specification (produced at OPTIMNET-VZN628-0004287)<br>• ITU-T Recommendation G.989.3 (10/2015), 40-Gigabit-capable passive optical networks (NG-PON2): Transmission convergence layer specification (produced at OPTIMNET-VZN628-0005123)<br>• Y. Luo et al., Journal of Lightwave Technology, vol. 31, no. 4, pp. 587–593 (2013) (produced at OPTIMNET-VZN628-0005373)<br>• ITU-T Recommendation G.988 (10/2012), ONU management and control interface (OMCI) specification (produced at OPTIMNET-VZN628-0004421) | |
| 3 | "a first ONU of the plurality of the ONUs, which have established a communication link to the first OLT, establishes a communication link to the second OLT" in combination with other claim elements | Not indefinite. No construction required; plain and ordinary meaning.<br><br>*Supporting Evidence:*<br><br>**<u>Intrinsic Evidence</u>**<br><br>Claims: the plain language of claims 1 and 10 through 19. | Indefinite under 35 U.S.C. § 112, ¶ 2.<br><br>*Supporting Evidence:*<br><br>**<u>Intrinsic Evidence</u>**<br><br>Claims 1, 10 |

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | (Claim 1) | Specification:<br>• '968 patent, 3:19-21; 5:19-28; 10:16; 10:56-57; 11:12; 13:41-42; 14:58-61<br><br>Prosecution history:<br>• Non-Final Rejection, U.S. App. No. 14/092,260 (Mar. 5, 2015), at 4-6, 7<br><br>**<u>Extrinsic Evidence</u>**<br><br>Expert testimony evidencing what one of ordinary skill in the art would understand the plain and ordinary meaning of this term to be.<br><br>Expert testimony evidencing that a POSITA, reading the claims in light of the specification and prosecution history as of the priority date, would have understood the scope of this term with reasonable certainty.<br><br>• ITU-T Recommendation G.989.3 (10/2015), 40-Gigabit-capable passive optical networks (NG-PON2): Transmission convergence layer specification (produced at OPTIMNET-VZN628-0005123)<br>• ITU-T Recommendation G.987.3 (10/2010), 10-Gigabit-capable passive optical networks (XG-PON): Transmission | FIG. 3, 5-8<br><br>2:65-3:20, 3:56-4:3; 4:47-52; 5:16-6:32; 9:35-10:42; 12:16-13:42; 13:62-14:12; 14:29-39; 15:36-15:53 |

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | convergence (TC) layer specification (produced at OPTIMNET-VZN628-0004287)<br>• Defendants' Invalidity Contentions Exhibit A-1 (Effenberger)<br>• Defendants' Invalidity Contentions Exhibit A-2 (Trojer)<br>• Defendants' Invalidity Contentions Exhibit A-5 (Luo '155, WO 2012/136155)<br>• Documents produced by Defendants describing the inter-channel-termination handover process of the accused NG-PON2 system, including Verizon's OpenOMCI Specification (OPTIMNET-VZN628-0003063; OPTIMNET-VZN628-0003077) and Broadband Forum TR-352, Multi-wavelength PON Inter-Channel-Termination Protocol (ICTP) Specification (OPTIMNET-VZN628-0002930; Vz_Optimnet_0012915; Vz_Optimnet_0013809) | |

**B. U.S. Patent No. 9,197,351**

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 4 | "configured to"<br><br>(Claim 15) | "No construction required; plain and ordinary meaning. | "plain and ordinary meaning, which requires not merely being capable of |

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | To the extent that the Court determines construction is necessary: plain and ordinary meaning, i.e., capable of performing the function without modification."<br><br>*Supporting Evidence:*<br><br>**<u>Intrinsic Evidence</u>**<br><br>Claims: the plain language of claims 15 through 18.<br><br>Specification:<br>• '351 patent, 12:18-23; 13:54-56; 14:39-41; 14:42-54; FIGS. 3-8<br><br>Prosecution history:<br>• Non-Final Rejection, U.S. App. No. 14/082,796 (May 7, 2015), at 5, 9<br>• Amendment/Request for Reconsideration-After Non-Final Rejection and Applicant Arguments/Remarks Made in an Amendment, U.S. App. No. 14/082,796 (Aug. 6, 2015)<br><br>**<u>Extrinsic Evidence</u>**<br><br>Expert testimony evidencing what one of ordinary skill in the art would understand the plain and ordinary meaning of this term to be. | being configured but rather being actually configured"<br><br>*Supporting Evidence:*<br><br>**<u>Intrinsic Evidence</u>**<br><br>Claim 15<br><br>Title<br><br>Abstract<br><br>FIGS. 2-10<br><br>1:24-2:11; 3:17-33; 4:12-17; 4:58-62; 5:22-7:20<br><br>May 7, 2015 Office Action (14/082,796); August 6, 2015 Response (14/082,796), e.g., at 6-9; August 26, 2015 Examiner-Initiated Interview Summary (14/082,796); August 26, 2015 Notice of Allowability (14/082,796) |

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | • Defendants' Invalidity Contentions Exhibits B-1 through B-5 ('351 patent claim charts)<br>• ITU-T Recommendation G.987.3 (10/2010), 10-Gigabit-capable passive optical networks (XG-PON): Transmission convergence (TC) layer specification (produced at OPTIMNET-VZN628-0004287)<br>• ITU-T Recommendation G.984.3 (03/2008), Gigabit-capable passive optical networks (G-PON): Transmission convergence layer specification (produced at OPTIMNET-VZN628-0003953)<br>• ITU-T Recommendation G.988 (10/2012), ONU management and control interface (OMCI) specification (produced at OPTIMNET-VZN628-0004421) | |

**C. U.S. Patent No. 9,825,710**

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 5 | "configured to"<br><br>(Claims 1, 2, 3, 4, 14) | "No construction required; plain and ordinary meaning. | "plain and ordinary meaning, which requires not merely being capable of being configured but rather being actually configured" |

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | To the extent that the Court determines construction is necessary: plain and ordinary meaning, i.e., capable of performing the function without modification."<br><br>*Supporting Evidence:*<br><br>**<u>Intrinsic Evidence</u>**<br><br>Claims: the plain language of claims 1 through 4, 6, 13, and 14.<br><br>Specification:<br>• '710 patent, 2:23-36; 3:39-46; 6:23-27; 11:22-28<br><br>**<u>Extrinsic Evidence</u>**<br><br>Expert testimony evidencing what one of ordinary skill in the art would understand the plain and ordinary meaning of this term to be.<br><br>• ITU-T Recommendation G.984.3 (01/2014), Gigabit-capable passive optical networks (G-PON): Transmission convergence layer specification (produced at OPTIMNET-VZN628-0004117)<br>• ITU-T Recommendation G.989.3 (10/2015), 40-Gigabit-capable passive optical networks (NG-PON2): Transmission | *Supporting Evidence:*<br><br>**<u>Intrinsic Evidence</u>**<br><br>Claims 1, 2, 3, 4, 14<br><br>Title<br><br>Abstract<br><br>FIGS. 1-7<br><br>1:21-2:5; 2:17-36; 3:64-4:12; 6:5-11:21<br><br>January 27, 2017 Office Action (15/392,334); March 15, 2017 Amendment (15/392,334), e.g., at 2, 7-8. |

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | convergence layer specification (produced at OPTIMNET-VZN628-0005123) | |

### D. U.S. Patent No. 8,689,085

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 6 | "configured to"<br><br>(Claim 16) | "No construction required; plain and ordinary meaning.<br><br>To the extent that the Court determines construction is necessary: plain and ordinary meaning, i.e., capable of performing the function without modification."<br><br>*Supporting Evidence:*<br><br>**<u>Intrinsic Evidence</u>**<br><br>Claims: the plain language of claims 1, 8, 16, 18, and 19.<br><br>Specification:<br>• '085 patent, 2:12-18; 3:13-15; 7:50-52; 7:53-55; 11:10-16; FIG. 15<br><br>**<u>Extrinsic Evidence</u>** | "plain and ordinary meaning, which requires not merely being capable of being configured but rather being actually configured"<br><br>*Supporting Evidence:*<br><br>**<u>Intrinsic Evidence</u>**<br><br>Claim 16<br><br>Title<br><br>Abstract<br><br>FIGS. 1-3, 15, 20<br><br>1:20-51; 1:55-2:26; 2:30-35; 2:54-56; 3:22-4:34; 5:56-6:2; 7:53-8:3; 9:20-10:25<br><br>February 15, 2013 Office Action (13/724,504); May 15, 2013 Amendment |

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | Expert testimony evidencing what one of ordinary skill in the art would understand the plain and ordinary meaning of this term to be.<br><br>• ITU-T Recommendation G.709/Y.1331 Amendment 3 (04/2009), Interfaces for the Optical Transport Network (OTN), Amendment 3 (produced at ONVZ_0001775–ONVZ_0001848)<br>• ITU-T Recommendation G.709/Y.1331 (12/2009), Interfaces for the Optical Transport Network (OTN) (produced at OPTIMNET-VZN628-0003336)<br>• ITU-T Recommendation G.798 (10/2010), Characteristics of optical transport network hierarchy equipment functional blocks (produced at OPTIMNET-VZN628-0003554)<br>• Defendants' Invalidity Contentions Exhibit E-2 (Meagher '553)<br>• Defendants' Invalidity Contentions Exhibit E-1 (Chiang '521)<br>• Defendants' Invalidity Contentions Exhibit E-5 (Loprieno '767) | Under 27 CFR 1.111 (13/724,504), e.g., at 4-6. |

### E. U.S. Patent No. 8,781,323

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 7 | "an OLT located between the ONT/ONU's of the subscriber ends and the PTL switch and converting a format of the packet into another according to a transport direction of the received packet, and transporting the same" in combination with other elements<br><br>(Claim 2) | Not indefinite. No construction required; plain and ordinary meaning.<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>Claims: the plain language of claims 2 and 3.<br><br>Specification:<br>• '323 patent, 2:17-25; 2:37-41; 3:20-22; 3:29-30; 3:34-35; 4:12-14; 4:58-61<br><br>Prosecution history:<br>• Non-Final Rejection, U.S. App. No. 12/950,987 (Dec. 4, 2013)<br><br>**Extrinsic Evidence**<br><br>Expert testimony evidencing what one of ordinary skill in the art would understand the plain and ordinary meaning of this term to be.<br><br>Expert testimony evidencing that a POSITA, reading the claims in light of the specification and prosecution history as of | Indefinite under 35 U.S.C. § 112, ¶ 2.<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>Claims 2-5<br><br>FIGS. 1-6<br><br>Title<br><br>Abstract<br><br>4:12-4:39 |

| Term # | Claim Term | OptimNet's Proposed Construction and Supporting Evidence | Verizon's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | the priority date, would have understood the scope of this term with reasonable certainty.<br><br>• ITU-T Recommendation G.984.3 (03/2008), Gigabit-capable passive optical networks (G-PON): Transmission convergence layer specification (produced at OPTIMNET-VZN628-0003953)<br>• ITU-T Recommendation G.984.1 (03/2008), Gigabit-capable passive optical networks (G-PON): General characteristics (produced at OPTIMNET-VZN628-0003910)<br>• Newton's Telecom Dictionary (25th ed., Flatiron Publishing 2009), ISBN 978-0-9793873-3-3 (produced at OPTIMNET-VZN628-0005380)<br>• Defendants' Invalidity Contentions Exhibits D-1 through D-5 ('323 patent claim charts) | |